**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3**
**Eastern Division**

Christy Dreyer
                          Plaintiff,

v.                                                      Case No.: 1:10–cv–00050
                                                      Honorable Ruben Castillo

Admin Recovery LLC
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, February 16, 2010:

      MINUTE entry before Honorable Ruben Castillo: After a careful review of the case docket, the Court hereby enters a default against defendant Admin Recovery LLC for failure to timely appear, answer or otherwise plead. The Court will retain jurisdiction to enter an appropriate judgment. The parties should exhaust all settlement possibilities prior to filing any further pleadings.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.