AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Christy Dreyer,

                Plaintiff,        CASE NUMBER: 10-cv-50

        V.                   ASSIGNED JUDGE: Castillo

Admin Recovery LLC,        DESIGNATED
                Defendant.    MAGISTRATE JUDGE: Schenkier

TO: (Name and address of Defendant)

Admin Recovery LLC
9276 Main Street
Clarence, NY 14031

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Edelman, Combs, Latturner & Goodwin, LLC
120 S. LaSalle Street, 18th Floor
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within ____21____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

        NOTE: When the print dialogue
        box appears, be sure to uncheck
        the Annotations option.

**Michael W. Dobbins, Clerk**

*Nadine Hirley* [signature]                             January 6, 2010
**(By) DEPUTY CLERK**                                      Date

# Affidavit of Process Server

| CHRISTY DREYER | VS ADMIN RECOVERY LLC | 10-CV-50 |
|---|---|---|
| PLAINTIFF/PETITIONER | DEFENDANT/RESPONDENT | CASE NUMBER |

I, BARRY EVLAND being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served ADMIN RECOVERY LLC
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) SUMMONS & COMPLAINT

by leaving with MELISSA DISABATINO    PROCESS AGENT (AUTHORIZED TO ACCEPT) At
NAME    RELATIONSHIP

☐ Residence _____
ADDRESS    CITY / STATE

☒ Business  C/O INCORP SERVICES INC 1201 N. ORANGE STREET WILMINGTON, DE
ADDRESS    CITY / STATE

On 3/30/10    AT 11:00 AM
DATE    TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on _____
DATE

from _____
CITY    STATE    ZIP

**Manner of Service:**
☒ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of 18 and explaining the general nature of the papers.
☐ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

☐ **Non-Service:** After due search, careful inquiry and diligent attempts at the address (es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address    ☐ Moved, Left no Forwarding    ☐ Service Cancelled by Litigant    ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist    ☐ Other

Service Attempts: Service was attempted on: (1) _____ (2) _____
DATE    TIME    DATE    TIME

(3) _____ (4) _____ (5) _____
DATE    TIME    DATE    TIME    DATE    TIME

AGE  35   Sex F   Race W   Height 5'6   Weight 130   HAIR BROWN

_____
SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this 30TH day of MARCH, 2010

_____
SIGNATURE OF NOTARY PUBLIC

**OFFICIAL SEAL**
KEVIN DUNN
NOTARY PUBLIC-DELAWARE
MY COMMISSION EXPIRES 11/23/10

NOTARY PUBLIC for the state of DELAWARE

NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS

## **CERTIFICATE OF SERVICE**

   I, Daniel A. Edelman, hereby certify that on April 5, 2010, the foregoing document was filed electronically. A copy of the foregoing document was sent by electronic mail to the following:

Gregory Zini
gzini@damonmorey.com

   A copy of the foregoing document was also sent by U.S. Mail to the following:

**Admin Recovery LLC**
9276 Main Street
Clarence, NY 14031

               s/Daniel A. Edelman
               Daniel A. Edelman